FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

2019 APR 17 AM 10:28

Romie Woodall
(Enter above the full name of the plaintiff in this action)

CIVIL CASE NO. 1:19 CV 858

vs.

Armond Budish, Ken Mills,
Eric Ivey, Emily McNiel, Douglas Dykes
Clifford Pinkney
(Enter above the full name of the defendant(s) in this action)

JUDGE ~~JUDGE OLIVER~~

COMPLAINT

MAG. JUDGE BAUGHMAN

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs_____

Defendants_____

2. Court (if federal court, name the district; if state court, name the county)

3. Docket Number _____

4. Name of judge to whom case was assigned _____

02/12 tlm; 4/13 vm; 9/17 hls

# Instructions for Filing a Complaint by a Prisoner
## Under the Civil Rights Act 42 U.S.C. 1983

This packet includes:

*A Complaint Form
*A Civil Cover Sheet (2 pages)
*Summons Forms (with sample)
*Marshal Service Forms USM-285 (with sample)
*A Financial Application Packet, to include the following:
    *Application to Proceed Without the Prepayment of Fees
    *Affidavit of Prisoner
    *Request for Certified Account Statement & Acknowledgement of Understanding

To start an action, you must submit an original complaint, one copy of the complaint for every defendant listed, and one extra copy to be time stamped and returned to you. For example, if you name two defendants, you must provide the original and four copies of your complaint. All copies of the complaint must be identical to the original. **IMPORTANT**: Make sure that if you have more than one plaintiff or defendant, the exact names in the exact same order are listed in the caption of the complaint, the Civil Cover Sheet, and the Financial Application.

Your complaint must be legibly handwritten or typed. You must sign the complaint. If you need additional space to answer a question, you may use an additional blank page (clearly marked with the number of the question which is continued on that page).

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. If you are unable to pay the filing fee for this action, you may file a Financial Application Packet, which is enclosed with this mailing.

An original plus one copy of the summons must be completed for each defendant. (Follow the sample.) If you are not paying the filing fee, you are required to complete and submit a USM-285 form for each defendant, with the correct name and address of each person you have named as a defendant so that the United States Marshal can complete service. (Follow the sample.)

When these forms are completed, mail the original, all necessary copies, and completed forms to the following address:

Office of the Clerk
United States District Court, Northern District of Ohio
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1830

Failure to follow these instructions may delay the processing of your case.

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Romie Woodall #0141894

Address P.O. Box 5600 Jail-1-10-H cleveland ohio 44101.

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Ken Mills Correction Director is employed as Correction Director at 1200 ontario st cleve, Ohio, 44113

C. Additional Defendants Chief pinkney 1215 w 3rd cleve, Ohio, 44113 Eric Ivey, Armond Budish, Douglas Dykes, Emily McNeeley 1200 ontario st cleveland, Ohio, 44113.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

I have problems with Mental Illness and was pescribed to Medication which im only recieving certain Medications instead of all of them. also im Not recieving Medication for My arthritis and Nerve Damage. Also I have complained about the continuing Nose Bleeds that I have Daily Because of the poor ventilation System thats in this Facility and I have Exema and I have complained via kite and Grievance and was Never treated

(Statement of Claim Continued)

Also the Food trays that we Eat off of smells like Feces and their are always contaminated water on the trays we don't recieve large Muscle recreation Because their always short of staff and when im havin a Mental health crisis theirs No one to talk to or help me with my problems I have excersized every possible way to Get help kites Grievances and verbal Complaints to No Avail. please help me this is cruel and unusual punishment and im living in inhumane living Conditions Theres Black Mode and im Breathing in Asbestos Because the Recycled Air Filters are Not Being cleaned and their Air Filters are polluted these living Conditions are starting to Affect my health and Now my health is deteriorating This is a cry For help please help me Before its too Late Also there is No law library for us to try to help our Case and we cant communicate with Lawyers or Family Because of Red Zoning. This is cruel and unusual punishment.

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes):

For My Mental stress, pain and suffering I would like to Be Fairly Compensated For what I have Been Enduring I don't understand how were Being treated like this Also I would like to recieve the proper Mental health and Medical treatment that I Deserve and I would like access to The law library and Enough time to call and Communicate with Family and Friends.

Signed this \_\_11th\_\_ day of \_\_April\_\_ 20 19

I declare under penalty of perjury that the foregoing is true and correct.

4/11/2019
(Date)

Romie Woodall
(Signature of Plaintiff)

c:\wptext\complaint.prisoner
revised November 1997