Mr. Richie Woodall # 0141894
C.C.C.C. - P.O. Box 5600
Cleveland, Ohio, 44101



Office of The Clerk
United States District Court, Northern District of Ohio
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, Ohio, 44113-1830